UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-1714
(2:11-cv-02367-RMG)
_____

RUSSELL T. PICKERING, Individually and on Behalf of All Others Similarly Situated

    Plaintiff - Appellee

v.

QUICKEN LOANS INC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC, a/k/a MERS, Acting Solely as Nominee for Quicken Loans Inc; BAC HOME LOANS SERVICER LP, f/k/a Countrywide Home Loans Servicing LP

    Defendants - Appellants

and

DOES 1 THRU 1000 INCLUSIVE

    Defendant

_____

O R D E R
_____

Upon consideration of the stipulated motion to voluntarily dismiss, the court dismisses this appeal, upon such terms as have been agreed to by the parties, pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk